(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

2018 AUG -8 PM 2:26

Bryan Kanu

**Plaintiff(s)**

Case No. 1:18-cv-37

vs.

Siemens PLM, et al.,

**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES (IN FORMA PAUPERIS) AND AFFIDAVIT IN SUPPORT THEREOF

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?     Yes____     No ✓
  A. If you answered "Yes":
    (1) What is the name and address of your employer
    _____
    _____

    (2) How much do you earn per month?
    _____

  B. If you answered "No"
    (1) Have you ever been employed?    Yes ✓    No____
    If yes, what was the last year and month you were employed? _August 2017_
    How much did you earn a month? ~ $1700

II. What is your marital status?
  Single ✓    Married____    Widowed____    Divorced____
  A. If you answered "Married":
    (1) Is your spouse employed? Yes____ No____
    If yes, how much does your spouse earn each month?
    $_____

III. Do you have any dependents?    Yes____    No ✓
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
|      |              |        |
|      |              |        |
|      |              |        |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?    Yes____    No ✓
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
|        | $      |        | $      |
|        | $      |        | $      |
|        | $      |        | $      |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes ✓    No ___

   A. If you answered "Yes", state the combined total amount:
      $ ~$3100.00 .

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes ___    No ✓
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Faith Properties | $530/month |  | $ |
| Sallie Mae | ~$33,000 |  | $ |
| US Dept. of Education | $55,254.90 |  | $ |
| General Electric Credit Un | $594.21 |  | $ |

VIII. State your address and telephone number where the Court can reach you.
    Brian Kan
    2603 Wendee Dr.
    Apt. 1919
    Cincinnati, Ohio 45238

I declare under penalty of perjury that the above information is true and correct.

5/8/2018                          B____
   Date                        Signature of Applicant

-3-