## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 15, 2019

Mr. Bryan Kanu
2663 Wendee Drive
Apartment 1919
Cincinnati, OH 45238

          Re:  Case No. 18-3742, *Bryan Kanu v. Siemens PLM Software, et al*
               Originating Case No. : 1:18-cv-00037

Dear Mr. Kanu,

  The Court issued the enclosed Order today in this case.

                                   Sincerely yours,

                                   s/Ryan E. Orme
                                   Case Manager
                                   Direct Dial No. 513-564-7079

cc:  Mr. Richard W. Nagel

Enclosure

Case No. 18-3742

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

BRYAN KANU

    Plaintiff - Appellant

v.

SIEMENS PLM SOFTWARE; UNIVERSITY OF CINCINNATI; CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

The proper fee was not paid by May 8, 2019.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT
Deborah S. Hunt, Clerk

Issued: May 15, 2019