UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRYAN KANU, | Case No. 1:18-cv-37 |
| Plaintiff, | |
| | Black, J. |
| vs. | Bowman, M.J. |
| SIEMENS, PLM et al., | |
| Defendants | **ORDER** |

This action was dismissed on July 31, 2018. (Docs. 12, 13). Plaintiff appealed to the Sixth Circuit Court of Appeals and the appeal was dismissed on May 15, 2019. (Doc. 20). Thereafter, on May 8, 2020, Plaintiff filed the instant motion to seal the complaint. (Doc. 21). Plaintiff contends that there is simply no immediate need for the public to have access to any of the dismissed complaints (amended or otherwise) in this case, and sealing the complaints would ensure that the complaints cannot be used to gratify private spite, or promote public scandal. Plaintiff further contends that because he is seeking only to seal the complaint, and not the entire record, his request does not infringe on the public's right to access. Plaintiff's request is not well-taken.

The Sixth Circuit has made clear that filing documents under seal in a public record is highly disfavored, and the undersigned does not believe that any compelling interests exist in favor of non-disclosure, or that such interests would outweigh the interests of the public in an open record. *See, e.g., Danley v. Encore Capital Group, Inc.*, 680 Fed. Appx. 394, 2017 WL 710470 (6th Cir. Feb. 22, 2017) (citing *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305-309 (6th Cir. 2016). Here, Plaintiff has failed to set

forth any specific facts that would warrant sealing the complaint in this matter. Accordingly, because the Sixth Circuit highly disfavors filing documents under seal, Plaintiff's motion (Doc. 21) is not well-taken and is herein **DENIED**.

    **IT IS SO ORDERED.**

                                            *s/ Stephanie K. Bowman*
                                            Stephanie K. Bowman
                                            United States Magistrate Judge